## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DARRE-LL DEWAYNE RILEY,<br><br>*Defendant*. | Case No. 1:23-MJ-118 |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Anthony Di Palma, being duly sworn, depose and state as follows:

1. I am an Officer in the George Washington Memorial Parkway District of the United States Park Police ("Park Police"). I have been employed by the United States Park Police since September 2009. I have held my current role as a Park Police patrol officer in the Parkway District approximately five months. Previously, I served as Patrol Officer in the United States Park Police districts for downtown Washington, D.C., including the national mall, and for Rock Creek Park. I have received training investigating vehicle accidents at the Federal Law Enforcement Training Center. I have also received training in Driving While Intoxicated and Standardized Field Sobriety Testing from the Park Police.

2. This affidavit is being submitted in support of a criminal complaint charging DARRE-LL DEWAYNE RILEY ("RILEY") with unlawfully operating a motor vehicle while under the influence of alcohol, drugs, and any combination thereof, to a degree that rendered him incapable of safe operation, in violation of 36 C.F.R. § 4.23.

3. The facts and information contained in this affidavit are based upon my personal

knowledge and observations during the course of this investigation, information conveyed to me by other individuals, including law enforcement officers, and my review of records, documents, and other physical evidence obtained during the investigation. This affidavit contains information necessary to support probable cause, but is not intended to include each and every fact and matter observed by me or known to the United States.

4. The George Washington Memorial Parkway ("Parkway") is located within the special maritime and territorial jurisdiction of the United States, as that term is defined in 18 U.S.C. § 7. It lies in the Eastern District of Virginia.

5. On June 6, 2023, at approximately 8:55 a.m., I responded to a report of a vehicle accident on the northbound side of the Parkway near Collingwood Road. There, the driver reported another driver had hit his car and fled. He described the driver as an African American man who appeared lethargic and intoxicated, with a young child in the back seat, and provided pictures showing that driver in a gray Mazda four-door hatchback car with a Florida license plate. I left the scene in my patrol vehicle to look for this driver.

6. At approximately 9:20 a.m. the same day, approximately half-a-mile north on the Parkway between Tulane Drive and Morningside Lane, in the Eastern District of Virginia, I encountered a gray Mazda four-door hatchback, bearing a Florida license plate, with an African American man passed out in the driver's seat, and a young child in the rear seat. The child was underneath debris and not wearing safety restraints. The driver was approximately 5 feet, 11 inches tall, weighing 165 pounds. He had black dreadlocks, and was wearing a t-shirt, shorts, and athletic sneakers.

7. With the help of other officers, we removed the driver and identified him based on

2

his Maryland identification card as Darre-Ll Dewayne Riley, born on [*REDACTED*], 1987.

8. RILEY appeared intoxicated. He was slurring his speech, was unable to maintain balance or stand, and emitted a strong odor of alcohol. RILEY said he had been drinking the previous evening, but claimed he was not currently intoxicated. Another officer attempted to conduct Standard Field Sobriety Tests ("SFSTs") and RILEY displayed a nystagmus, but he could not otherwise follow the instructions. When asked if he would consent to a blood draw, Riley refused to consent to a blood draw.

9. We received a warrant authorizing a search of RILEY's person and seizure of a sample of his blood. To conduct this search and seizure, RILEY was transported to Fairfax Inova Hospital.

10. At the hospital, RILEY was verbally combative, telling Park Police officers and hospital staff that he would fight them and not allow them to conduct the blood draw. The hospital staff informed me that they would not conduct the blood draw if RILEY was combative. I explained to RILEY that resisting the blood draw could result in additional legal repercussions because he would be violating a court order. RILEY still refused to cooperate, and the blood draw was not conducted.

11. Eventually, RILEY was transported to Park Police District 2 for intake. After processing, he was brought to the Alexandria Adult Detention Center in Alexandria, Virginia, for detention.

**CONCLUSION**

12. Based on the forgoing facts, I submit there is probable cause to believe that on or about June 6, 2023, on the George Washington Memorial Parkway, within the special maritime and territorial jurisdiction of the United States, and within the Eastern District of Virginia, DARRE-LL DEWAYNE RILEY, did unlawfully operate a motor vehicle while under the influence of alcohol, drugs, and any combination thereof, to a degree that rendered him incapable of safe operation, in violation of 36 C.F.R. § 4.23.



Respectfully submitted,

Anthony Di Palma
Officer
United States Park Police

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on June 7, 2023.

John F. Anderson
Digitally signed by John F. Anderson
Date: 2023.06.07 12:06:55 -04'00'

The Honorable John F. Anderson
United States Magistrate Judge
Eastern District of Virginia